B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  **Haimark Line, Ltd.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Haimark Ltd.<br>1536 Cole Blvd, Suite 330<br>Lakewood, CO 80401 | Haimark Ltd.<br>1536 Cole Blvd, Suite 330<br>Lakewood, CO 80401 | Business Debt | | 782,772.28 |
| Fleetpro<br>4770 Biscayne Blvd,<br>Penthouse A<br>Miami, FL 33137 | Fleetpro<br>4770 Biscayne Blvd, Penthouse A<br>Miami, FL 33137 | Business Debt | | 642,056.76 |
| Clipper Cruises, Ltd.<br>Pinnapple Grove, Unit 3<br>Nassau Bahamas | Clipper Cruises, Ltd.<br>Pinnapple Grove, Unit 3<br>Nassau Bahamas | Business Debt | Disputed | 528,531.72 |
| Lueftner<br>Mernardi Center<br>Amraser 56<br>6020 Insbruck<br>Austria | Lueftner<br>Mernardi Center<br>Amraser 56<br>Austria | Business Debt | | 192,900.00 |
| Navitrans<br>4336, Boul, St. Martin West<br>Laval QC H2T 1C3<br>Canada | Navitrans<br>4336, Boul, St. Martin West<br>Laval QC H2T 1C3<br>Canada | Business Debt | | 117,063.23 |
| InnerWorkings, Inc.<br>PO Box 842426<br>Boston, MA 02284-2426 | InnerWorkings, Inc.<br>PO Box 842426<br>Boston, MA 02284-2426 | Business Debt | | 46,518.29 |
| Travelzoo<br>Dept CH 19569<br>Palatine, IL 60055-9569 | Travelzoo<br>Dept CH 19569<br>Palatine, IL 60055-9569 | Business Debt | | 45,769.00 |
| Great Adventure Tours<br>498 Blanchard Drive<br>Tecumesh, Ontario N8N 2L9<br>Canada | Great Adventure Tours<br>498 Blanchard Drive<br>Tecumesh, Ontario N8N 2L9<br>Canada | Business Debt | | 45,093.54 |
| Conlin<br>Eva Drafta, CTC, DS, ACC<br>3270 Washtenaw Ave<br>Ann Arbor, MI 48104 | Conlin<br>Eva Drafta, CTC, DS, ACC<br>3270 Washtenaw Ave<br>Ann Arbor, MI 48104 | Business Debt | | 36,923.90 |
| Messena Memorial Hospital<br>One Hospital Drive<br>Massena, NY 13662 | Messena Memorial Hospital<br>One Hospital Drive<br>Massena, NY 13662 | Business Debt | | 30,268.13 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Haimark Line, Ltd.**                                              Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Greaves Travel<br>1306 Old Skoki Road<br>Highland Park, IL 60035 | Greaves Travel<br>1306 Old Skoki Road<br>Highland Park, IL 60035 | Business Debt | | 19,740.43 |
| Destinations North America<br>105-105 Cote de la Mantagne<br>Quebec, QC G4K 4E4<br>Canada | Destinations North America<br>105-105 Cote de la Mantagne<br>Quebec, QC G4K 4E4<br>Canada | Business Debt | | 16,420.00 |
| Empire Stevedoring Co., Ltd.<br>500 Place D'Armes, Suite 2800<br>Montreal, QC H2Y 2W2<br>Canada | Empire Stevedoring Co., Ltd.<br>500 Place D'Armes, Suite 2800<br>Montreal, QC H2Y 2W2<br>Canada | Business Debt | | 12,568.89 |
| La Presse<br>6041 Succursale Centre-Ville<br>Montreal QC H3C 3E3<br>Canada | La Presse<br>6041 Succursale Centre-Ville<br>Montreal QC H3C 3E3<br>Canada | Business Debt | | 9,000.00 |
| Goff & Page<br>11 Knight Street, F-12<br>Warwick, RI 02886 | Goff & Page<br>11 Knight Street, F-12<br>Warwick, RI 02886 | Business Debt | | 6,660.00 |
| travAlliancemedia<br>593 Rancocas Road<br>Westampton, NJ 08060 | travAlliancemedia<br>593 Rancocas Road<br>Westampton, NJ 08060 | Business Debt | | 6,500.00 |
| St. Lawrence Radiology Assoicates, PC<br>PO Box 6120<br>1116 Arsenal Street, #504<br>Watertown, NY 13601 | St. Lawrence Radiology Assoicates, PC<br>PO Box 6120<br>1116 Arsenal Street, #504<br>Watertown, NY 13601 | Business Debt | | 4,379.00 |
| Charleston Convention and Group Services<br>PO Box 1118<br>Charleston, SC 29402 | Charleston Convention and Group Services<br>PO Box 1118<br>Charleston, SC 29402 | Business Debt | | 4,295.00 |
| Phillgrey Inc da Seaway Valley Ambulance<br>PO Box 943<br>Watertown, NY 13601-0943 | Phillgrey Inc da Seaway Valley Ambulance<br>PO Box 943<br>Watertown, NY 13601-0943 | Business Debt | | 4,009.00 |
| Denise J Landau & Associates, Inc.<br>25 Dakota Meadows Drive<br>Carbondale, CO 81623 | Denise J Landau & Associates, Inc.<br>25 Dakota Meadows Drive<br>Carbondale, CO 81623 | Business Debt | | 4,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Haimark Line, Ltd.**  
　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  10/30/2015

Signature  _/s/ Marcus Leskovar_  
**Marcus Leskovar**  
**Managing Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.