UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 15-22180-SBB |
| HAIMARK LINE, LTD. | ) |
| EIN:  46-5744608 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**NOTICE OF MOTION FOR APPROVAL AND USE OF
RETAINER AND PAYMENT PROCEDURE**

**OBJECTION DEADLINE: NOVEMBER 16, 2015**

**YOU ARE HEREBY NOTIFIED** that Haimark Line, Ltd. ("Debtor") has filed a Motion for Approval and Use of Retainer and Payment Procedure and requests the following relief: The Debtor is requesting an order approving the use of a retainer paid to bankruptcy counsel in the amount of $22,206 and a payment procedure. The retainer, once approved, will be used to pay any fees and costs incurred post-petition by the Debtor and approved by the Court. Counsel also requests authority to be paid 75% of fees and 100% of costs monthly, all subject to the filing of interim and final fee applications.

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED:  November 2, 2015

Respectfully submitted,

By: _____
Jeffrey S. Brinen #20565
Benjamin H. Shloss, #39276
**KUTNER BRINEN GARBER, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: jsb@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned further certifies that on November 2, 2015, I served by prepaid first class mail a copy of the foregoing **NOTICE OF MOTION FOR APPROVAL AND USE OF RETAINER AND PAYMENT PROCEDURE** as served by U.S. Regular Mail in accordance with FED. R. BANKR. P. 2002 and 11 U.S.in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, and attached matrix from to court dated November 2, 2015:

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294

Daniel J. Morse, Esq.
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001

*s/ Angela R. Upton*
Angela R. Upton

```
Label Matrix for local noticing        Haimark Line, Ltd.                     US Bankruptcy Court
1082-1                                 1536 Cole Blvd, Suite 330              US Custom House
Case 15-22180-SBB                      Lakewood, CO 80401-3413                721 19th St.
District of Colorado                                                          Denver, CO 80202-2508
Denver
Mon Nov  2 16:28:49 MST 2015

1000 Island Photo Art                  AT&T Mobility                          Ariel Fabregas
3 Moon Road                            PO Box 6463                            Ave Sis Camins 23 Vilanova I la Geltru
Mallorytown K0E1R0                     Carol Stream, IL 60197-6463            Barcelona 08800
Canada                                                                        Spain


Can-Am                                 Canada Border Services Agency          Centennial Bank
550 Wirght                             Finance & Administration               116 Lincoln Ave
St Laurent, QC H4N1M6                  2270 St. Laurent Blvd, 2nd Floor       PO Box 6520
Canada                                 Ottawa, ON K1A 0L8                     Breckenridge, CO 80424-6520
                                       Canada


Charleston Convention and Group Services  Clipper Cruises, Ltd.                Clipper Cruises, Ltd.
PO Box 1118                            Pinnapple Grove, Unit 3                 c/o Sunstone Ships, Inc.
Charleston, SC 29402-1118              Nassau Bahamas                          Attn  Niels-Erik Lund
                                                                               4770 Biscayne Blvd, Penthouse B
                                                                               Miami, FL 33137-3202


Colorado Department Of Revenue         Colorado Department of Revenue          Conlin
1375 Sherman St.                       1375 Sherman Street                     Eva Drafta, CTC, DS, ACC
Room 504                               Denver, CO 80261-2200                   3270 Washtenaw Ave
Attention Bankruptcy Unit                                                      Ann Arbor, MI 48104-4250
Denver CO 80261-3000


Craig Bythell                          DMC Ventures                            Decatur Blueprint
8149 Santa Monica Blvd, #379           33 Amistad Drive                        230 West Wood
West Hollywood, CA 90046-4912          Saint Augustine, FL 32086-1855          Decatur, IL 62523-1277


Denise J Landau & Associates, Inc.     Destinations North America              Dunhill Travel Deals
25 Dakota Meadows Drive                105-105 Cote de la Mantagne             2307 West Broward Blvd, Suite 402
Carbondale, CO 81623-1631              Quebec, QC G4K 4E4                      Fort Lauderdale, FL 33312-1417
                                       Canada


Empire Stevedoring Co., Ltd.           Fleetpro                                Fleetpro Leisure, Ltd.
500 Place D'Armes, Suite 2800          4770 Biscayne Blvd, Penthouse A         c/o FleetPro Ocean Inc.
Montreal, QC H2Y 2W2                   Miami, FL 33137-3202                    4770 Biscayne Blvd, Penthouse A
Canada                                                                         Attn  Hans Road and Dietmar Wertanzl
                                                                               Miami, FL 33137-3202


Goff & Page                            Great Adventure Tours                   Greaves Travel
11 Knight Street, F-12                 498 Blanchard Drive                     1306 Old Skoki Road
Warwick, RI 02886-1281                 Tecumesh, Ontario N8N 2L9               Highland Park, IL 60035-3006
                                       Canada


Haimark Ltd.                           Hotel Omni Mont-Royal                   IRS
1536 Cole Blvd, Suite 330              1050 rue Sherbrooke ouest               PO Box 7346
Lakewood, CO 80401-3413                Montreal Quebec H3A 2R6                 Philadelphia PA 19101-7346
                                       Canada
```

InnerWorkings, Inc.
PO Box 842426
Boston, MA 02284-2426

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jennifer Talvensaari
130 Elmwood Ave, Apt 3
Evanston, IL 60202-3978

KVH Media Group
4th Floor, One Derby Square
Liverpool, L2 9XX
England

La Presse
6041 Succursale Centre-Ville
Montreal QC H3C 3E3
Canada


Lakeshore Excursions
1 Water Street, Box 436
Little Current, ON P0P 1K0
Canada

Lueftner
Mernardi Center
Amraser 56
6020 Insbruck
Austria

Messena Memorial Hospital
One Hospital Drive
Massena, NY 13662-1097


Millennium Knickerbocker Hotel
163 East Walton Place
Chicago, IL 60611-1527

Navitrans
4336, Boul, St. Martin West
Laval QC H2T 1C3
Canada

(c)OFFICE OF THE ATTORNEY GENERAL
STATE OF COLORADO
1525 N SHERMAN ST STE 700
DENVER CO  80203-1700


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1225 Seventeenth Street, Suite 700
Denver, CO 80202-5598

Performing Right Society
2 Pancras Square
London, N1C 4AG
England


Phillgrey Inc da Seaway Valley Ambulance
PO Box 943
Watertown, NY 13601-0943

Proship
42 Read's Way
New Castle, DE 19720-1649

Russell Lewis
707 West Junior Terrace
Chicago, IL 60613-1290


Ryder Engraving, Inc.
1029 Hazleton Enta Rd SW
Pataskala, OH 43062-8528

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656


St. Lawrence Radiology Assoicates, PC
PO Box 6120
1116 Arsenal Street, #504
Watertown, NY 13601-2269

State of Colorado
Division of Securities
1560 Broadway, Suite 900
Denver, CO 80202-5150

Tim Runyan
101 Wesley Rd
Greenville, NC 27858-6532


Travelzoo
Dept CH 19569
Palatine, IL 60055-9569

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-1961

eGroup Communications, Inc.
11830 SW 89th Ave
Miami, FL 33176-4312


travAlliancemedia
593 Rancocas Road
Westampton, NJ 08060-5628

Jeffrey S. Brinen
1660 Lincoln St.
Ste. 1850
Denver, CO 80264-9911

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Office of the Attorney General
State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

End of Label Matrix
Mailable recipients   58
Bypassed recipients    0
Total                 58