UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )        Case No. 15-22180-SBB
HAIMARK LINE, LTD.                        )
EIN:   46-5744608                         )        Chapter 11
                                          )
       Debtor.                            )

## COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND NOTICE OF IMPENDING HEARINGS THEREON

The Debtor in the above-captioned Chapter 11 filed on October 30, 2015, requests the Court to enter the Orders listed below on an expedited basis. **THE DEBTOR HAS FILED MOTIONS SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDERS:**

1. ____ Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. ____ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. _X_ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. ____ Interim Approval of Post Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. ____ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. ____ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. ____ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. ____ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. ____ Order Authorizing Bonus or Retention Plans

10. ___ Order Authorizing Retention of Cash Management Systems

11. ___ Order Establishing Investment Guidelines

12. ___ Other Orders

DATED: November 25, 2015

Respectfully submitted,

By: _____
Jeffrey S. Brinen, #20565
Benjamin H. Shloss, #39276
**KUTNER BRINEN GARBER, P.C.**
1660 Lincoln Street, Suite 1850
Denver, CO 80264
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )          Case No. 15-22180-SBB
HAIMARK LINE, LTD.                        )
EIN:    46-5744608                        )          Chapter 11
                                          )
           Debtor.                        )

## MOTION SEEKING EXPEDITED ENTRY OF ORDER

The Debtor, Haimark Line, Ltd. ("Debtor"), by and through its attorneys, Kutner Brinen Garber, P.C., states its Motion Seeking Expedited Entry of Order as follows:

1.      The Debtor filed its Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code on October 30, 2015 ("Petition Date").

2.      The Debtor owns and operates a cruise line based out of Lakewood, Colorado.

3.      The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization.

4.      The Debtor has filed the Motion identified below and is seeking and expedited order approving the Motion.  The factual predicate for the need for the expedited order is set forth below.

5.      Although the Motion is not being filed within twenty-one (21) days following the Petition Date, the Debtor requires that the Motion be heard on an emergency and expedited basis.  In order to give creditors notice of the Motion, and pursuant to the direction provided to counsel for the Debtor from the Court's chambers, the Debtor is following the procedures for initial motions under L.B.R. 2081-1.

*Emergency Motion to Approve Agreement for Use of Cash Collateral and Adequate Protection Between Debtor and Centennial Bank*

6.      Centennial Bank ("Bank") has a perfected first priority security interest in a $2,000,000 certificate of deposit held at Bank (the "CD"), as well as rights of set off against the Debtor's deposit accounts held at Bank as of the Petition Date in the approximate amount of $174,000.00 (the "Deposit Account", and together with the CD, the "Cash Collateral").

7.      Bank is the only creditor with an interest in the Cash Collateral.

8.      The Debtor is subject to the rules and regulations of the Federal Maritime

Commission (the "FMC").

9.       The FMC requires the Debtor to establish escrow accounts into which certain of its unearned customer deposits and payments are held until such time as those sums are earned.  The Debtor maintains escrow accounts at KeyBank (the "KeyBank Escrow Accounts") and at Bank (the "CB Escrow Accounts" and, collectively with the KeyBank Escrow Accounts, the "Escrow Accounts").

10.      The Debtor is currently required to deposit $209,231 into the KeyBank Escrow Accounts and to deposit $90,000 into the CB Escrow Accounts (collectively, the "Current Deposit Requirement").

11.      The Debtor manages its merchant account through a combination of agreements with Bankers' Bank of the West and Bank (the "Merchant Account").  When customers request charge-backs against payments through the Merchant Account (the "Charge-backs"), Bank is now funding the Charge-backs directly and accumulating a claim against the Debtor which is secured by the CD and as well as by Bank's right to offset against the Deposit Account consistent with Bankruptcy Code § 506(a).

12.      The Debtor and Bank have entered into an Agreement for Use of Cash Collateral and Adequate Protection that provides for the Debtor to use the Cash Collateral to fund the Current Deposit Requirement and, as agreed to hereafter, to fund future deposit requirements, if any, when due, and to fund costs associated with the Escrow Accounts.  Additionally, the Agreement provides for Bank to exercise its right of offset against the Cash Collateral to fund Charge-backs.  In exchange for the use of the Cash Collateral, the Debtor is providing Bank with adequate protection.

13.      The Debtor plans to continue operations of its business throughout the Chapter 11 case and propose a Plan of Reorganization.  It is only through a Plan that unsecured creditors will see a recovery on account of their claims.

14.      The Debtor does not have the necessary funds for the Current Deposit Requirement without the use of the Cash Collateral.

15.      It is imperative for the Debtor to remain in compliance with the FMC.  In order for the Debtor to operate as a passenger cruise line in the United States, it must be licensed through the FMC.  Failure to remain in compliance with the FMC can result in the FMC revoking the Debtor's license.

16.     The FMC is threatening to take actions against the Debtor if the Current Deposit Requirement is not deposited into the Escrow Accounts.

17.     Further, in order for the Debtor to preserve its relationship with its customers, the Debtor requires the Charge-backs to continue with minimum disruption.  The Agreement provides a mechanism for the Charge-backs to continue with minimum disruption and for the Debtor to be able to determine the amount of excess funds being held by Bank that can be used for the Debtor's operations.

18.     As such, without the immediate use of the Cash Collateral, the Debtor will suffer immediate and irreparable harm.  The Debtor will not be able to fund the Current Deposit Requirement, will be at risk of losing its license and/or facing other actions and penalties from the FMC, will damage its relationships with customers, and will severely impair the Debtor's ability to successfully reorganize.

19.     The Debtor therefore seeks the expedited entry of an Order approving the Agreement and setting the matter for a final hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the foregoing Motion, and for such further and additional relief as to the Court may appear proper.

DATED: November 25, 2015                    Respectfully submitted,

By:_____
        Jeffrey S. Brinen #20565
        Benjamin H. Shloss, #39276
        KUTNER BRINEN GARBER, P.C.
        1660 Lincoln Street, Suite 1850
        Denver, CO  80264
        Telephone:  (303) 832-2400
        Telecopy: (303) 832-1510
        E-Mail: jsb@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 25, 2015, I served by **FEDERAL EXPRESS OVERNIGHT or FEDERAL EXPRESS INTERNATIONAL PRIORITY** a copy of **COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDERS AND NOTICE OF IMPENDING HEARINGS THEREON and MOTION SEEKING EXPEDITED ENTRY OF ORDERS** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on all interested parties the movant mailed the foregoing to the following addresses:

Alexander & Roberts
53 Summer Street
Keene, NH 03431

Ambassatours Gray Line
3790 MacKintosh Street
Hailfax, NS B3K 5A6
Canada

Barin Haskell
1190 Fairbrook D
Mountain View, CA 94040

Clipper Cruises, Ltd.
Pinnapple Grove, Unit 3
Nassau Bahamas

Conlin
Eva Drafta, CTC, DS, ACC
3270 Washtenaw Ave
Ann Arbor, MI 48104

Empire Stevedoring Co., Ltd.
500 Place D'Armes, Suite 2800
Montreal, QC H2Y 2W2
Canada

Fleetpro
4770 Biscayne Blvd, Penthouse A
Miami, FL 33137

Great Adventure Tours
498 Blanchard Drive
Tecumesh, Ontario N8N 2L9
Canada

Greaves Travel
1306 Old Skoki Road
Highland Park, IL 60035

Haimark Ltd.
1536 Cole Blvd, Suite 330
Lakewood, CO 80401

InnerWorkings, Inc.
61 S Hunt Rd
Amesbury, MA 01913

Larry Busching
10718 Gatewood Ave
Silver Spring, MD 20903

Lueftner
Mernardi Center
Amraser 56
6020 Insbruck
Austria

Melvyn Dutton
4019 Narragansett Ave
San Diego, CA 92107

Messena Memorial Hospital
One Hospital Drive
Massena, NY 13662

Navitrans
4336, Boul, St. Martin West
Laval QC H2T 1C3
Canada

Peter Brieger
20 Queen Street W, Ste 3308
Toronto Ontario M5H 3R3
Canada

Richard Anderson
31 Hackberry Lane
Houston, TX 77027

Road Scholar
11 Avenue de Lafayette
Boston, MA 02111

Travelzoo
Dept CH 19569
Palatine, IL 60055-9569

Centennial Bank
116 Lincoln Ave
Breckenridge, CO 80424

Federal Maritime Commission
800 North Capitol Street, N.W
Washington, DC 20573

Key Bank
100 Public Square
Cleveland, OH 44114

Duncan E. Barber, Esq.
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237

John F. Young, Esq.
1700 Lincoln St.
Ste. 4550
Denver, CO 80203

Edward P. Timmins, Esq.
450 E. 17th Ave.
Ste. 210
Denver, CO 80203

Torben Welch, Esq.
1430 Wynkoop St.
Ste. 400
Denver, CO 80202

Daniel J. Morse, Esq.
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001

*s/ Angela R. Upton*
Angela R. Upton

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-22180-SBB |
| HAIMARK LINE, LTD. | ) | |
| EIN:   46-5744608 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF FILING OF CHAPTER 11 DEBTOR'S
## MOTION SEEKING EXPEDITED ENTRY OF ORDER

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON DEBTOR'S MOTION WITHIN THREE DAYS.** Debtor will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE FAXED OR EMAILED TO COUNSEL FOR DEBTOR AT jsb@kutnerlaw.com or 303-832-1510.**

DATED: November 25, 2015

Respectfully submitted,

By: _____

Jeffrey S. Brinen #20565
Benjamin H. Shloss, #39276
KUTNER BRINEN GARBER, P.C.
1660 Lincoln Street, Suite 1850
Denver, CO  80264
Telephone:  (303) 832-2400
Telecopy: (303) 832-1510
E-Mail: jsb@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:                                    )
                                          )        Case No. 15-22180-SBB
HAIMARK LINE, LTD.                        )
EIN:   46-5744608                         )        Chapter 11
                                          )
        Debtor.                           )

**RESPONSE AND REQUEST FOR NOTICE OF HEARING**

**Attention:** Jeffrey S. Brinen, counsel to the Debtor.

        The undersigned requests that notice of the date, time and place of the hearing on Debtor's Motion Seeking Expedited Entry of Order be served as follows:

_____ By e-mail to _____

_____ By fax to _____

Dated: _____        By: _____
                                      *Counsel to* _____
                                      Attorney registration number (if applicable)
                                      Business address (or home address for *pro se*)
                                      Telephone number
                                      Facsimile number
                                      E-mail address