## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sidney B. Brooks

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| HAIMARK LINE, LTD. | ) | 15-22180-SBB |
| | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| Employer's Tax Identification | ) | |
| No. [if any]: 46-5744608 | ) | |

### ORDER AND NOTICE OF FORTHWITH HEARING

THIS MATTER comes before the Court on the Debtor's Motion Seeking Expedited Entry of Order filed November 25, 2015 (Docket #48).  The Court, having reviewed the Motion,

DOES FIND that the Debtor has filed concurrently with the Motion, a "Cover Sheet for Motion Seeking Expedited Entry of Order and Notice of Impending Hearings Thereon," seeking expedited entry of an Order granting Debtor's Emergency Motion to Approve Agreement for Use of Cash Collateral and Adequate Protection Between Debtor and Centennial Bank filed November 25, 2015 (Docket #46).  The Court, having reviewed the Motion and Cover Sheet,

DOES ORDER as follows:

1.    A forthwith hearing regarding the Debtor's Emergency Motion to Approve Agreement for Use of Cash Collateral and Adequate Protection Between Debtor and Centennial Bank filed November 25, 2015 (Docket #46), seeking expedited entry of an order, shall be held on **Tuesday, December 1, 2015, at 1:30 p.m.**, U.S. Bankruptcy Court, U.S. Custom House, **Courtroom E**, 721 19th Street, Denver, Colorado 80202:

2.    The hearing shall be conducted in accordance with the provisions of L.B.R. 2081-1(c)(5).

3.    Debtor shall forthwith provide notice of the scheduled hearing as provided in L.B.R. 2081-1(c)(2).

Dated this 30th day of November, 2015.        BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge