UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-22180-SBB |
| HAIMARK LINE, LTD. ) | |
| EIN: 46-5744608 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

**ORDER GRANTING DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT
(CATERING MANAGEMENT AGREEMENT)**

THIS MATTER having come before the Court on the Debtor's Motion to Reject Executory Contract (Catering Management Agreement) ("Motion"), notice having been provided and no substantiated objections having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED that

1. The Motion is granted; and

2. The Catering Management Agreement between FleetPro Leisure, Ltd. and Haimark Line, Ltd. dated September 10, 2014, a copy of which is attached to the Motion as Exhibit A, is hereby rejected pursuant to 11 U.S.C. § 365.

DONE and entered this 8th day of December, 2015 at Denver, Colorado, *nunc pro tunc* November 17, 2015.

_____
Honorable Sidney B. Brooks
United States Bankruptcy Judge