UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-22180-SBB |
| HAIMARK LINE, LTD. ) | |
| EIN: 46-5744608 ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING DEBTOR'S MOTION TO REJECT EXECUTORY CONTRACT (TIME-CHARTERPARTY AGREEMENT)

THIS MATTER having come before the Court on the Debtor's Motion to Reject Executory Contract (Time-Charterparty Agreement) ("Motion"), notice having been provided and no substantiated objections having been received, cause being shown to the Court for the granting of the requested relief, it is hereby

ORDERED that

1. The Motion is granted; and

2. The Time-Charterparty Agreement for M/V Sea Voyager (renamed Saint Laurent) between Clipper Cruises Ltd. and Haimark Line Ltd. Dated July 22, 2014, and the Addendums thereto, a copy of which is attached to the Motion as Exhibit A, is hereby rejected pursuant to 11 U.S.C. § 365.

DONE and entered this 8th day of December, 2015 at Denver, Colorado, *nunc pro tunc* November 17, 2015.

*Sid Brooks*

Honorable Sidney B. Brooks
United States Bankruptcy Judge