# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| HAIMARK LINE, LTD., ) | Case No. 15-22180-SBB |
| ) | |
| Debtor. ) | Chapter 11 |

## ORDER GRANTING MOTION TO SHORTEN NOTICE FOR
## STIPULATED MOTION TO REJECT EXECUTORY CONTRACT AND
## ORDER DIRECTING FILING AND SERVICE OF NOTICE PURSUANT TO L.B. RULE 9013-1

THIS MATTER is before the Court on the Motion to Shorten Notice for Stipulated Motion to Reject Executory Contract (this "Motion to Shorten Notice"). The Court as reviewed the Motion to Shorten Notice and the file and is otherwise advised. It is hereby

ORDERED that the Motion to Shorten Notice is GRANTED;

IT IS FURTHER ORDERED that deadline for filing objections to the Stipulated Motion to Reject Executory Contract is shortened to **December 28, 2015**;

IT IS FURTHER ORDERED that Go Next, Inc., shall, *forthwith*, file and serve a notice pursuant to L.B. Rule 9013-1 upon all creditors and interested parties.

IT IS FURTHER ORDERED that Go Next, Inc., may file a certificate of contested or non-contested matter, depending on whether objections are received, on December 29, 2015, notwithstanding the general provisions of L.B. Rule 9013-1(c).

DATED   December 22, 2015

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge