## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                  )

                       )

HAIMARK LINE, LTD.,     )      Case No. 15-22180-SBB

                       )

Debtor.           )      Chapter 11

---

### ORDER APPROVING
### STIPULATION AND REQUEST FOR ENTRY OF ORDER APPROVING AND RESOLVING (I) LIMITED OBJECTION TO ENTRY OF FINAL ORDER REGARDING *INTERIM* ORDER APPROVING AMENDED AGREEMENT FOR USE OF CASH COLLATERAL AND ADEQUATE PROTECTION BETWEEN DEBTOR AND CENTENNIAL BANK AND (II) STIPULATED MOTION TO REJECT EXECUTORY CONTRACT

---

THIS MATTER is before the Court on the Stipulation and Request for Entry of Order Approving and Resolving (I) Limited Objection to Entry of Final Order Regarding Interim Order Approving Amended Agreement for Use of Cash Collateral and Adequate Protection Between Debtor and Centennial Bank and (II) Stipulated Motion to Reject Executory Contract (the "Stipulated Agreement") filed by Go Next, Inc. ("Go Next"), Haimark Line, Ltd. ("Debtor"), and Centennial Bank (the "Bank"). The Court, having reviewed the Stipulated Agreement and the file, having conducted a hearing on January 7, 2016 on the Stipulated Agreement and Amended Adequate Protection Agreement, and being otherwise advised in the matter, does hereby

ORDER that the Stipulated Agreement is **APPROVED;**

IT IS FURTHER ORDERED that the Debtor is authorized to **REJECT** the executory contract between Debtor and Go Next (attached as Exhibit 1 to the Stipulated Motion to Reject Executory Contract); and

IT IS FURTHER ORDERED that the Bank shall transfer the $90,000 currently held in a certificate of deposit to the Go Next escrows as set forth in the Stipulated Agreement, and $98,925.34 related to the January 22, 2016, cruise shall be returned to Go Next pursuant to the Stipulated Agreement.

The Court will issue separately issue its order regarding the Amended Adequate Protection Agreement between Debtor and Bank (Dkt. #67).

Dated this 7th day of January, 2016.

BY THE COURT:

_____
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Court Judge