**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>HAIMARK LINE, LTD.,<br>EIN: 46-5744608,<br><br>Debtor. | Case No. 15-22180-JGR<br><br>Chapter 11 |

**DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF PAUL ABRAMOWITZ AS CHIEF LIQUIDATION OFFICER**

Haimark Line, Ltd. (the "**Debtor**"), the debtor and debtor in possession in the above-captioned case, hereby moves (the "**Motion**") for entry of an order pursuant to sections 105(a) and 363(b) of Title 11 of the United States Code (the "**Bankruptcy Code**") authorizing the Debtor to employ and compensate Paul Abramowitz, the Founder and Managing Director of Liquidity Capital Group, as its Chief Liquidation Officer ("**CLO**"). In support of this Motion, the Debtor states as follows:

## I. JURISDICTION AND VENUE

1. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are sections 363(b) and 105(a) of the Bankruptcy Code.

## II. BACKGROUND

3. On October 30, 2015 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to be in possession of its property and in management of its business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. The Debtor owns and operates a cruise line with administrative offices in Lakewood, Colorado.

5. Prior to the Petition Date, the Debtor and Clipper Cruises, Ltd. ("**Clipper**") entered into a Time-Charterparty Agreement dated as of July 22, 2014, and three addendums thereto (collectively, the "**Charterparty Agreement**"), for the Debtor to charter the M/V Sea Voyager, renamed the Saint Laurent (the "**Ship**") from Clipper. The Charterparty Agreement provided, *inter alia*, for the Debtor to charter the Ship from Clipper for a period of 60 months.

6. On June 18, 2015, while performing a cruise, the Ship struck a concrete approach wall bumper of the Eisenhower Lock in Massena, New York, of the Saint Lawrence Seaway

System. The allision caused damages to the Ship and possibly to the Lock, interrupted services for the Debtor, and may have injured some passengers.

7. On the Petition Date, the Debtor sent an arbitration demand to Clipper, asserting three claims for damages resulting from: (i) Clipper's failure to deliver the Ship in advance of a scheduled May 8, 2015 service; (ii) the allision and resulting interruption of service; and (iii) Clipper's failure to return the Ship to service on time after the allision. The Debtor demanded arbitration in New York. Thereafter, the Debtor and Clipper litigated their various disputes in multiple forums, as described in more detail in the *Debtor's Motion to Approve Settlement Agreement and Mutual Releases Pursuant to Bankruptcy Rule 9019* (Docket No. 258) (the "**9019 Motion**").

8. After the Petition Date and while the litigation with Clipper was ongoing, Haimark Ltd. decided to wind down its business. Up until that point, all of the Debtor's employees were shared with Haimark Ltd. pursuant to a Shared Services Agreement. As a result of Haimark Ltd.'s shut-down, however, the Debtor no longer had access to the employees under the Shared Services Agreement. Although several of the Debtor's former employees continue to perform part-time accounting and administrative work as independent contractors, the Debtor currently has no employees involved in day-to-day finance and accounting operations; nor does the Debtor have any employees with the ability to analyze the validity of the claims against the Debtor. In particular, Marcus Leskovar, the Debtor's former Manager of Finance and Procurement, has taken a new position out of state is only available on a very limited basis to assist with financial and accounting matters.

9. Mr. Abramowitz began working for the Debtor in April 2016 in order to provide critical management services and to fill voids created by the cessation of operations. Mr. Abramowitz devoted substantial time to become educated about, *inter alia*, the Debtor's financial affairs, its litigation with Clipper, the status of its customer deposit escrow accounts, and open issues with the Federal Maritime Commission (the "**FMC**"). During the week of May 2, Mr. Abramowitz attended a mediation between the Debtor and Clipper in New York and played a key role in negotiating a global settlement with Clipper.

10. As more fully described in the 9019 Motion, the Debtor and Clipper resolved their litigation by entering into a settlement agreement (which was recently approved by the Court) that will result in an infusion of $700,000 (less certain fees and costs) into this estate and a reduction of approximately $22 million of claims. The Debtor intends to wind down its business and to maximize distributions to creditors, likely pursuant to a Chapter 11 plan of liquidation.

11. The Debtor requires the services of Mr. Abramowitz to manage an orderly liquidation process. The proposed scope of Mr. Abramowitz's services is described below. On June 6, 2016, the Debtor and Mr. Abramowitz formalized their arrangement and entered into that certain *Chief Liquidation Officer Agreement* (the "**CLO Agreement**"), a copy of which is attached hereto as **Exhibit A**. The Debtor hereby seeks approval of the CLO Agreement and authorization to employ Mr. Abramowitz as CLO. On June 3, 2016, the Debtor's Board of Managers and sole member approved the terms of the CLO Agreement pursuant to a joint written consent.

## III. MR. ABRAMOWITZ'S QUALIFICATIONS

12. Mr. Abramowitz is a seasoned executive who has worked as a turnaround professional since 1986. A copy of Mr. Abramowitz's résumé is attached hereto as **Exhibit B**. Since 2008, Mr. Abramowitz has served as President and Chief Executive Officer of Liquidity Capital Group LLC ("**LCG**"), a California-based investment firm. Prior to founding LCG, Mr. Abramowitz spent more than two decades serving in interim executive-level positions for distressed companies. Mr. Abramowitz's positions have included Chief Executive Officer, Chief Restructuring Officer, and advisor to the CEO and/or Board of Directors. Of note, Mr. Abramowitz was hired by Paul Allen's venture firm, Vulcan, Inc., to develop and implement a strategy to reduce losses at the Experience Music Project in Seattle, Washington. In these capacities, Mr. Abramowitz has successfully restructured numerous companies and has developed an extensive knowledge of the Chapter 11 process. Mr. Abramowitz has also been appointed multiple times as a trustee in various bankruptcy cases in the Central District of California.

## IV. ENGAGEMENT TERMS

13. Mr. Abramowitz's decision to accept this engagement and serve as CLO to the Debtor is contingent upon his ability to be employed in accordance with the terms and conditions of the CLO Agreement.

14. Mr. Abramowitz's services will include, *inter alia*, (i) performing the accounting analysis necessary to reconcile customer chargebacks and deposits held in escrow; (ii) analyzing the validity of claims filed against the Debtor and/or scheduled by the Debtor; (iii) communicating with creditors and other stakeholders of the Debtor, (iv) negotiating with creditors, the Debtor's banks, and the FMC to ensure an orderly and efficient liquidation; and (v) completing the Debtor's monthly operating reports, and (vi) assisting Debtor's counsel in formulating and implementing a Chapter 11 plan, if applicable. Given Mr. Abramowitz's vast experience in such matters, these services are necessary to the Debtor and its estate, particularly because the Debtor currently has no employees available to perform all such work.

15. Under the CLO Agreement, Mr. Abramowitz will be paid a flat fee of $20,000 per month for his work as CLO, plus reimbursement of reasonable out of pocket costs. This compensation is consistent with the compensation that was previously paid to the Debtor's former Manager of Finance and Procurement, Marcus Leskovar, whose annual salary was $240,000. The Debtor does not propose to pay Mr. Abramowitz any "success fee" or similar contingency-based fee.

16. For the avoidance of doubt, the Debtor proposes to pay Mr. Abramowitz his monthly fee for work performed in May 2016, during which time Mr. Abramowitz was instrumental in, among other things, negotiating the settlement agreement with Clipper. No success fee is being sought in connection with this engagement. The Debtor believes that the proposed compensation to be paid to Mr. Abramowitz is reasonable, market-based, and designed to fairly compensate him for his work.

17. Because the Debtor does not seek to employ Mr. Abramowitz as a professional under section 327 of the Bankruptcy Code, the Debtor requests that Mr. Abramowitz not be

required to submit fee applications pursuant to sections 330 and 331 of the Bankruptcy Code. Nevertheless, in order to maintain transparency Mr. Abramowitz will file quarterly reports of compensation paid and expenses reimbursed and will serve such reports on the United States Trustee and all creditors and other parties in interest. The Debtor proposes that interested parties be allowed 14 days from the date of the filing to object to each such quarterly report. If any objections are filed, the Debtor will seek a hearing. To the extent that the Court ultimately disallows any compensation paid to Mr. Abramowitz, Mr. Abramowitz shall be required to disgorge such payments.

18. The CLO Agreement contains standard indemnification language with respect to Abramowitz's services. The Debtor will indemnify Abramowitz from and against all claims, liabilities, losses, expenses, and actual damages arising out of the engagement that is the subject of this Agreement; provided, however, that the Debtor shall have no obligation to indemnify Abramowitz for or against any claims, liabilities, losses, expenses, or actual damages arising out of Abramowitz's actual or alleged gross negligence or willful or intentional misconduct. *See* CLO Agreement ¶ 3.4.

19. Although the Debtor believes that the "disinterestedness" and "material adverse interest" requirements of section 327 of the Bankruptcy Code do not apply to officers employed pursuant to section 363(b) of the Bankruptcy Code, the attached Affidavit of Paul Abramowitz states that except as disclosed therein, Mr. Abramowitz (i) has no connection with the Debtor, its creditors, or other parties in interest in this case; and (ii) does not hold any interest adverse to the Debtor's estate. As disclosed in the Affidavit, Mr. Abramowitz does have a connection with VC2 Capital Corp., the Debtor's ultimate parent company, and with Adam Levin, the Debtor's Chief Executive Officer, but neither Mr. Abramowitz nor the Debtor believes that these connections represent an interest materially adverse to the estate or otherwise creates a conflict of interest regarding the Debtor or this Chapter 11 case. Mr. Abramowitz will supplement his disclosure to the Court in the event that any new material facts or relationships are discovered or arise.

## V. <u>BASIS FOR RELIEF</u>

20. The Debtor seeks approval of Mr. Abramowitz as CLO pursuant to sections 363(b) and 105(a) of the Bankruptcy Code. Section 363(b)(1) provides, in relevant part, that a debtor in possession "after notice and a hearing, may use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). Further, section 105(a) of the Bankruptcy Code states that the "court may issue any order, process, or judgment that is necessary or appropriate to carry out of the provisions of this title." 11 U.S.C. § 105(a).

21. Bankruptcy courts have analyzed a debtor's decision to employ corporate restructuring officers and similar officers and professionals under section 363(b) of the Bankruptcy Code on numerous occasions and have determined that it is an appropriate exercise of business judgment to employ a restructuring or liquidation professional. *See, e.g.*, *In re Lyon Workspace Prods., LLC*, Case No. 13-02100 (Bankr. N.D. Ill. Feb. 19, 2013); *In re Veritis Holdings, Inc.*, Case No. 12-12821 (Bankr. D. Del. Nov. 20, 2012); *In re Sharper Image Corp.*, Case No. 08-10322 (Bankr. D. Del. Apr. 23, 2008); *In re Calpine Corp.*, Case No. 05-60200

(Bankr. S.D.N.Y. Jan. 17, 2007); *In re ACR Mgmt., LLC*, Case No. 04-27848 (Bankr. W.D. Pa. June 16, 2004).

22. Under well-settled case law from this and other jurisdictions, courts will approve a debtor's proposed use, sale, or lease of estate property if the proposed use represents a reasonable business judgment on the part of the debtor. *See, e.g.*, *In re Psychometric Sys., Inc.*, 367 B.R. 670, 675 (Bankr. D. Colo. 2007) (debtor's business judgment in a section 363 sale to be given "great deference"); *In re Castre, Inc.*, 312 B.R. 426, 428 (Bankr. D. Colo. 2004); *In re Martin*, 91 F.3d 389, 395 (3d Cir. 1996) (citing *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991)).

23. The Debtor submits that the employment of Mr. Abramowitz as CLO is a sound exercise of its business judgment and satisfies the requirements set forth in section 363(b) of the Bankruptcy Code. Since April 2016, Mr. Abramowitz has acquired critical knowledge about the Debtor's financial affairs, including the myriad customer deposits held in escrow and the accounting complexities related thereto, and claims against the Debtor. The Debtor currently has no employees with such institutional knowledge, consequently believes it is prudent to retain a qualified and knowledgeable CLO. Based on this information and Mr. Abramowitz's extensive experience providing similar services to distressed companies, the Debtor submits that the appointment of Mr. Abramowitz as CLO will provide valuable services that benefit the Debtor, this estate, and all parties in interest. Accordingly, the Debtor respectfully submits that the services proposed to be provided by Mr. Abramowitz are critical to maximizing the value of this estate and recoveries to creditors.

## VI. REQUEST FOR WAIVER OF RULE 6004(h) STAY

24. Bankruptcy Rule 6004(h) provides that "[a]n order authorizing the use, sale, or lease of property . . . is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." Fed. R. Bankr. P. 6004(h). Here, waiver of the 14-day stay of effectiveness is warranted because the Debtor has a pressing need to employ Abramowitz to wind down this estate in a prompt and orderly fashion. Accordingly, the Debtor hereby requests a waiver of the 14-day stay imposed by Bankruptcy Rule 6004(h) so that the relief requested herein can take effect immediately upon entry of an order approving this Motion.

**WHEREFORE**, the Debtor requests that the Court enter an order (substantially in the form of the proposed order attached hereto) (i) authorizing the Debtor to employ and compensate Mr. Abramowitz as CLO, effective as of May 1, 2016; (ii) approving the CLO Agreement; (iii) waiving the 14-day stay under Bankruptcy Rule 6004(h); and (iv) granting such other and further relief as the Court deems just and proper.

DATED: June 7, 2016.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

*s/ Steven E. Abelman*

Steven E. Abelman, #13980
Samuel M. Kidder, #49125
410 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 223-1100
Facsimile: (303) 223-1111
sabelman@bhfs.com
skidder@bhfs.com

*Attorneys for the Debtor*

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2016, the foregoing **DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF PAUL ABRAMOWITZ AS CHIEF LIQUIDATION OFFICER** was electronically filed with the Court using the CM/ECF system, which sent notification to all parties in interest participating the CM/ECF system, was served by placing same via first class mail postage prepaid properly addressed to all parties identified on the attached mailing matrix.

*s/ Sheila M. Grisham*
Sheila M. Grisham

Label Matrix for local noticing
1082-1
Case 15-22180-JGR
District of Colorado
Denver
Tue Jun 7 09:42:30 MDT 2016

1000 Island Photo Art
3 Moon Road
Mallorytown K0E1R0
Canada

ALAN RICHARD BENISON
755 TRAMWAY LANE NE
ALBUQUERQUE, NM 87122-1601

ANN WOOLEY
15016 Maurine Cove Lane
Odessa, FL 33556-3124

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Steven E. Abelman
410 Seventeenth St
22nd floor
Denver, CO 80202-4437

Abry Liebig
7291 Tunica Street
Bay Saint Louis, MS 39520-7957

Alan Pacquer
267 Cosman Rd
Elk Grove Village, IL 60007-3534

Alexander & Roberts
53 Summer Street
Keene, NH 03431-3318

Alfred Lees
140 Nassau Street #9B
New York, NY 10038-1548

Allison Smith
4622 77th Ave Ct NW
Gig Harbor, WA 98335-6554

Alvani D. Santos
120 Lac Kine Drive
Rochester, NY 14618-5624

Ambassatours Gray Line
3790 MacKintosh Street
Hailfax, NS B3K 5A6
Canada

Andrew Christopher Kulesza
239 Chilwell Lane
Bramcote
Nottingham, NG9 3DU
England

Andrew Wheeler
3411 Dixon Rd
Durham, NC 27707-4609

Angelo Belli-Mojica
695 Meadow Oak Drive
Arroyo Grande, CA 93420-6583

Anil Gadre
496 Cherry Ave
Los Altos, CA 94022-1618

Ann Bird
1677 Chartwell Drive
Traverse City, MI 49696-9284

Anthony Nowicke
1441 Brenner Rd
Roseville, MN 55113-1654

Ariel Fabregas
Ave Sis Camins 23 Vilanova I la Geltru
Barcelona 08800
Spain

BENJAMIN AMADOR
1325 Pacific Highway #501
San Diego, CA 92101-2581

BRUCE MAYO
c/o Explor Cruises
7683 SE 27th St., #246
MERCER ISLAND, WA 98040-2804

Barbara Ann Cline
6738 FORD ROAD
FREDERICK, MD 21702-2044

Duncan E. Barber
4582 S. Ulster St. Pkwy.
Ste. 1650
Denver, CO 80237-2686

Barin Haskell
1190 Fairbrook D
Mountain View, CA 94040-3960

Beverly Andrews
7923 Duncansby Vale Rd
Beaumont, TX 77709-5000

Ethan Birnberg
600 17th St., Ste. 1800 South
Denver, CO 80202-5402

Bobby Whittaker
915 E Thunderbird Ct
Eagle, ID 83616-4188

Bonnie Goren
2722 124th Ave SE
Bellevue, WA 98005-4110

Bradley Cruickshank
30 Golf Circle NE
Atlanta, GA 30309-2709

Brian Garfield
2207 Cloverfield Blvd
Santa Monica, CA 90405-1820

Brian McElhinney
37 Norfolk Rd
Sydney NSW 2121
Australia

Bridges Edwards
26766 Avenida Quintana
Cathedral City, CA 92234-8653

CMI Leisure Management, Inc.
c/o Markus Williams Young Zimmermann
1700 Lincoln Street, Suite 4550
Denver, CO 80203-4509

CMI Leisure Management, Inc.
4770 Biscayne Boulevard, PH-D
Miami, FL 33137-3202

Cabela's Visa
Attn: Bradley Cruickshank
30 Golf Circle, NE
Atlanta, GA 30309-2709

Can-Am
550 Wirght
St Laurent, QC H4N1M6
Canada

Canada Border Services Agency
Finance & Administration
2270 St. Laurent Blvd, 2nd Floor
Ottawa, ON K1A 0L8
Canada

Carol McDonald
24C 26th Ave W
Seattle, WA 98199

Cecelia Korompai
201 Vanderpool Lane, #58
Houston, TX 77024-6156

Centennial Bank
116 Lincoln Ave
Breckenridge, CO 80424

Centennial Bank
116 Lincoln Ave
PO Box 6520
Breckenridge, CO 80424-6520

Charles Frickey
PO Box 27
Oberlin, KS 67749-0027

Charles Geist
12907 Creek Park Drive
Poway, CA 92064-5762

Charles Rogers
3215 Redwood St
San Diego, CA 92104-4731

Charles Woodsby
8959 Bay Cove Ct
Orlando, FL 32819-4801

Charleston Convention and Group Services
PO Box 1118
Charleston, SC 29402-1118

Christine Carnes
PO Box 683
Bethel Island, CA 94511-0683

Clara Mickish
1174 Grandview Road
Oil City, PA 16301-1229

Clinton Moehle
4919 Mimosa
Bellaire, TX 77401-5734

Clipper Cruises Ltd.
c/o Markus Williams Young Zimmermann
1700 Lincoln St., Suite 4550
Denver, CO 80203-4509

Clipper Cruises, Ltd.
Pinnapple Grove, Unit 3
Nassau Bahamas

Clipper Cruises, Ltd.
c/o Sunstone Ships, Inc.
Attn Niels-Erik Lund
4770 Biscayne Blvd, Penthouse B
Miami, FL 33137-3202

Coleen Bolton
830 N Atlantic Ave B502
Cocoa Beach, FL 32931-3135

Colorado Department Of Revenue
1375 Sherman St.
Room 504
Attention Bankruptcy Unit
Denver CO 80261-3000

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261-2200

Conlin
Eva Drafta, CTC, DS, ACC
3270 Washtenaw Ave
Ann Arbor, MI 48104-4250

Craig Bythell
8149 Santa Monica Blvd, #379
West Hollywood, CA 90046-4912

Cristina S Fockler
84 E Chickasaw Pkwy
Memphis, TN 38111-2504

DAVID MICHAEL
409 Dogwood Circle
Summerville, SC 29485-5714

DMC Ventures
33 Amistad Drive
Saint Augustine, FL 32086-1855

Dan Hamilton
212 Parkside Place
Santee, CA 92071-6913

Daniel Lopez
1775 Fremont Ave S
Minneapolis, MN 55403-2929

David Fletcher
3209 Oak Street
Jacksonville, FL 32205-8621

Decatur Blueprint
230 West Wood
Decatur, IL 62523-1277

Denise J Landau & Associates, Inc.
25 Dakota Meadows Drive
Carbondale, CO 81623-1631

Destinations North America
105-105 Cote de la Mantagne
Quebec, QC G4K 4E4
Canada

Diane Haines
400 Seasage Dr #304
Delray Beach, FL 33483-6754

Steven Wayne Dobbins
3406 Black Hills
Longmont, CO 80504-9596

Donald Denis
47 McGregor Drive
Southampton, NY 11968-3719

Donald Dohn
PO Box 998
Point Clear, AL 36564-0998

Donald Larson
4904 Stevens Ave
Minneapolis, MN 55419-5622

Donald W. Velsey
1423 Foxhall Rd. NW
Washington, DC 20007-2006

Donna Lamon
3607 Genesse Place
Philadelphia, PA 19154-3020

Douglas Thompson
3824 Cedar Springs Rd
Box 559
Dallas, TX 75219-4136

Duncan Peterson
207 E 57th St Apt 35A
New York, NY 10022-2848

Dunhill Travel Deals
2307 West Broward Blvd, Suite 402
Fort Lauderdale, FL 33312-1417

ELEANOR MAYO
c/o Explor Cruises
7683 SE 27th St., #246
MERCER ISLAND, WA 98040-2804

EXPLOR CRUISES
7683 SE 27th St., #246
Mercer Island, WA 98040-2804

Edward Colacuori
2532 Hibbitts Rd
Nashville, TN 37214-2824

Edward Collins
2121 SE Belmont Street 108
Portland, OR 97214-2898

Elaine Tagliaferri
12907 Creek Park Drive
Poway, CA 92064-5762

Elderhostel Inc dba Road Scholar
c/o Markus Williams Young Zimmermann
1700 Lincoln Street, Suite 4550
Denver, CO 80203-4509

Elderhostel, Inc. d/b/a/ Road Scholar
Lowell partridge
11 Avenue de Lafayette
Boson, MA 02111-1883

Empire Stevedoring Co., Ltd.
500 Place D'Armes, Suite 2800
Montreal, QC H2Y 2W2
Canada

Eric Coster
22723 Blue Canyon Drive
Katy, TX 77450-8780

Evergreen Tours PTY LTD
11 Brown Street
Newcastle, NSW 2300
Australia

Federal Maritime Commission
800 North Capitol Street, N.W
Washington, DC 20573-0001

Fleetpro
4770 Biscayne Blvd, Penthouse A
Miami, FL 33137-3202

Fleetpro Leisure, Ltd.
c/o FleetPro Ocean Inc.
4770 Biscayne Blvd, Penthouse A
Attn Hans Road and Dietmar Wertanzl
Miami, FL 33137-3202

Fowler Rodriquez
355 Alhambra Circle, Suite 801
Carol Gables, FL 33134-5075

Gabriel Janse Van Rensburg
9326 98 Street
Edmonton AB T6E 3M7
Canada

Gary DeVost
280 NW 32nd Ct
Oakland Park, FL 33309-6013

Gary Gaub
7250 Creeksbend Road
Lambertville, MI 48144-9700

Gayle G Erskine
17620 SE 86th Briarcliffe Court
The Villages, FL 32162-0864

General Tours, Inc. dba Alexander + Roberts
c/o Daniel W. Glasser
Chipman Glasser, LLC
2000 S. Colorado Blvd.
Tower One, Suite 7500
Denver, CO 80222-7900

George Branson
706 N Main Street
Moscow, ID 83843-8512

George Heinlein
154 Softwinds Drive
Littleton, NC 27850-9712

Daniel Glasser
2000 S. Colorado Blvd.
Tower I
Suite 7500
Denver, CO 80222-7938

Go Next, Inc.
Lindquist & Vennum, LLP
600 17th Street, Ste 1800S
Denver, CO 80202-5441

Go Next, Inc.
8000 West 78th Street, Suite 345
Minneapolis, MN 55439-2538

Goff & Page
11 Knight Street, F-12
Warwick, RI 02886-1281

Great Adventure Tours
498 Blanchard Drive
Tecumesh, Ontario N8N 2L9
Canada

Great Lakes Cruise Co.
Chris Conlin, Conlin Travel
3270 Washtenaw Ave.
Ann Arbor, MI 48104-4250

Greaves Travel
1306 Old Skoki Road
Highland Park, IL 60035-3006

Gulbin Bellgraph
1124 N Sherbourne
West Hollywood, CA 90069-2235

Guy Brochu
6214 Massachusettes Ave
Bethesda, MD 20816-1153

Haimark Line, Ltd.
1536 Cole Blvd, Suite 330
Lakewood, CO 80401-3413

Haimark Line, Ltd., Lakewood Colorado 80401
Teri Cleeland and Lawrence Lesko
5624 Burnside Circle
Tallahassee, FL 32312-4851

Haimark Ltd.
1536 Cole Blvd, Suite 330
Lakewood, CO 80401-3413

Harold Tenenbaum
10989 Crooked Creek Drive
Dallas, TX 75229-4305

Harvey Zuckman
3500 Holmes Ave
Minneapolis, MN 55408-3835

Helen Heinlein
154 Softwinds Drive
Littleton, NC 27850-9712

Heritage Travel LLC d/b/a
National Trust Tours
c/o David G. Sommer, Esq.
218 N. Charles St, Suite 400
Baltimore, MD 21201-4070

Hotel Omni Mont-Royal
1050 rue Sherbrooke ouest
Montreal Quebec H3A 2R6
Canada

ILG LOGISTICS SA
Bella Vista, 51 Street,
Vista Tower Building Suite No.1
Panama City, Panama

IRS
PO Box 7346
Philadelphia PA 19101-7346

Ingeborg Peters
4411 Valencia Ave #92
Miami, FL 33134

InnerWorkings, Inc.
PO Box 842426
Boston, MA 02284-2426

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Ira Lazar
2091 Seman Circle
Chamblee, GA 30341-1521

JOHN LEHNER
63 West Meadow Rd
Setauket, NY 11733-1544

Jack Caliva
5919 Mimosa
Bellaire, TX 77401

James Cunningham
2108 Wheatfield Ave
Yukon, OK 73099-5023

James F Alderson
81-280 Legends Way
La Quinta, CA 92253-7684

James G. Kenimer
120 W. Maple St
Alexandria, VA 22301-2606

James Glanville
3075 Diablo Shadow Dr
Walnut Creek, CA 94598-3603

James Gregory
22 Golden Eagle Ct.
Westminster, MD 21158-4412

James M. White
419 Irvine Ave
Newport Beach, CA 92663-5119

James Mayo
1249 S Glendale Dr
Salt Lake City, UT 84104-2811

James McCann
7971 Bay Lane
Sacramento, CA 95831

James Meyer
1252 Pasatiempo Rd
Palm Springs, CA 92262-4962

James Miracle
39 La Cresenda
Vallejo, CA 94590-3427

James O’Brien
1834 Turkey Pen Lane
Lenoir City, TN 37772-5344

James Roney
7811 Capwood Ave
Temple Terrace, FL 33637-4938

James White
21 Rosehurst Close
Halifax, NS B3S 1J6
Canada

Janet Kulcinski
6013 Greentree Road
Madison, WI 53711-3125

Janis Jones
10161 Cliff Drive
Huntington Beach, CA 92646-6634

Jason Smith
68415 Alcita Road
Cathedral City, CA 92234-6202

Jeffery A Gundvaldson
301 Jefferson Avenue S
Hopkins, MN 55343-8442

Jeffrey Gundvaldson
301 Jefferson Ave S
Hopkins, MN 55343-8442

Jeffrey Siggins
1 Claymore Court
Greer, SC 29650-2835

Jennifer Talvensaari
130 Elmwood Ave, Apt 3
Evanston, IL 60202-3978

Jerold Masco
12 Massey Rd
Union, CT 06076-4613

Jerry Royer
1390 Market Street Apt 2726
San Francisco, CA 94102-5338

Jimmy Burnett
1523 Dawn Circle
Arden Hills, MN 55112-1980

Jimmy Tom
39 Colby Street
San Francisco, CA 94134-1136

Jo Ann Friedlander
61 Sunrise Hill Road
Norwalk, CT 06851-2117

Joakim Gustavsson
4919 Mimosa
Bellaire, TX 77401-5734

Joanne Stoecker
31266 Palm Drive
Laguna Niguel, CA 92677-2722

Joannes Stevens
Leusderwg 129
Amersfoort NA 3818 AB
Netherlands

John Berry
PO Box 5569
Boise, ID 83705-0569

John Carbone
6505 Washington Street, Suite 1
Yountville, CA 94599-1378

John Layton
1036 Delaney Ave
Orlando, FL 32806-1229

Jonathan Loo
5417 Covey Creek Circle
Stockton, CA 95207-5341

Jonathan Wasser
777 E Tahquitz Cyn Way Suite 200-36
Palm Springs, CA 92262-6784

Jose Beltran
8815 Cynthia Street, Apt 207
West Hollywood, CA 90069-4592

Joseph Basque
568 Kalanikoa Street
Hilo, HI 96720-4539

Joseph Brancucci
4315 W Robin Lane
Tampa, FL 33609

Joseph Grossman
2333 Carquinez Ave
El Cerrito, CA 94530-1545

Joseph Whitaker
302 Washington St #112
San Diego, CA 92103-2110

Joseph and Marcia Bograd
325 Pompton Av
Pompton Lakes, NJ 07442-1325

Joyce de Botton
Center City Law Offices, LLC
2705 Bainbridge Street
Philadelphia, PA 19146-1019

June J Turner
PO Box 107
Okanogan, WA 98840-0107

June Turner
PO Box 107
Okanogan, WA 98840-0107

KAZUKO PURO
755 TRAMWAY LANE NE
ALBUQUERQUE, NM 87122-1601

KVH Media Group
4th Floor, One Derby Square
Liverpool, L2 9XX
England

Karen D Brown
5272 Thorn Tree Ln
Irvine, CA 92612-2346

Karen L. Spencer
83 Ledgebrook Drive
Norwalk, CT 06854-1066

Karen Rabe
12400 W Running Deer Trail
Peoria, AZ 85383-2517

Karlin Marsh
12062 Hatchhill Road
Meadville, PA 16335-5910

Katherine Chang
2901 W Busch Blvd, Suite 705
Tampa, FL 33618-4569

Kathryn Harrison
PO Box 23182
Washington, DC 20026-3182

Kathy O’Gorman
19600 Tupelo Court, #2
Sonora, CA 95370-6202

Allan R. Kelley
Fowler White Burnett, PA
1395 Brickwell Ave.
14th Fl.
Miami, FL 33131-3371

Kevin Cole
719 Park Lake Circle
Orlando, FL 32803-3910

Kevin Hines
8111 Arbor Brook Lane
Louisville, KY 40228-4421

Key Bank, NA
100 Public Square
Cleveland, OH 44113-2207

Samuel M. Kidder
410 17th St., Ste. 2200
Denver, CO 80202-4432

Kingston 1000 Islands Cruises
248 Ontario Street
Kingston, ON K7L 5P7
Canada

La Presse
6041 Succursale Centre-Ville
Montreal QC H3C 3E3
Canada

Lakeshore Excursions
1 Water Street, Box 436
Little Current, ON P0P 1K0
Canada

Lance Vander Zanden
1500 E Ocean Blvd #303
Long Beach, CA 90802-6926

Larry Busching
10718 Gatewood Ave
Silver Spring, MD 20903-1013

Laura Busby
3836 Shadowbend
Haughton, LA 71037-9362

Laura West
5719 5th Street N
Arlington, VA 22205-1007

Lawrence R. Bouterie
1521 Still Meadow Cove
Charlotteville, VA 22901-6202

Leslie L. Bouterie
1521 Still Meadow Cove
Charlottesville, VA 22901-6202

Linda Welch
11125 Sycamore Grove
Cincinnati, OH 45241-6636

Lona Lee Thull
3081 S. Sycamore Village Drive
Superstition Mountain, AZ 85118-1729

Lonie Goutermont
30813 Kings Valley Drive
Conifer, CO 80433-7425

Lorelei Whitehead
PO Box 2025
Boone, NC 28607-2025

Lorrie Semler
14821 Le Grande Drive
Addison, TX 75001-4912

Lowell Partridge
11 Avenue de Lafayette
Boston, MA 02111-1883

Lueftner
Mernardi Center
Amraser 56
6020 Insbruck
Austria

MARTHA DEWEESE
4033 Priory Circle
Tampa, FL 33618-2711

MILLARD WOOLEY
15016 Maurine Cove Lane
Odessa, FL 33556-3124

Marcia Grossman
2333 Carquinez Ave
El Cerrito, CA 94530-1545

Margaret Blue
4411 Santa Monica Ave.
San Diego, CA 92107-2903

Margie Boggus
5825 Royal Bend
San Antonio, TX 78239-1402

Marietta Poerio
240 Central Park South
Apt. 15-D
New York, NY 10019-1459

Marilyn and Alan McIvor
908 Red Oak Drive
Pittsburgh, PA 15238-1309

Marlette Tipton
4799 Helton Road
Gainesville, GA 30506-2821

Marquita Booth
16711 Marsh Creek Rd #85
Clayton, CA 94517-9704

Marshall Rea
5738 Griffith Lake Drive
Milford, DE 19963-3502

Mary Hamminger
9700 Timonthy Drive
Reno, NV 89511-9571

Matthew Davis
26A Queen Anne Way
Chester, MD 21619-2541

Mayflower Tours
1225 Warren Ave
Downers Grove, IL 60515-3597

Melvyn L. & Janet S. Dutton
4019 Narragansett Ave
San Diego, CA 92107-2618

Messena Memorial Hospital
One Hospital Drive
Massena, NY 13662-1097

Michael D. Hill
330 Village at Vanderbilt
Nashville, TN 37212-3155

Michael Hill
330 Village at Vanderbilt
Nashville, TN 37212-3155

Michael Ludin
689 Wilson Lane
Palm Springs, CA 92262-0553

Michael Munzell
702 Windmill Ct
Concord, CA 94518-2331

Michael S. Williams
46438 Cherryfield Lane
Drayden, MD 20630-3306

Michael Smithson
970 N High St #301
Columbus, OH 43201-2493

Millennium Knickerbocker Hotel
163 East Walton Place
Chicago, IL 60611-1527

Daniel J. Morse
308 W. 21st St.
Ste. 203
Cheyenne, WY 82001-3669

NINA MARIE
3822 North Sawyer Ave
Chicago, IL 60618-4422

Nancy Tuksaudom
8042 18th Ave NE
Seattle, WA 98115-4428

Nancy Virginia Phillips
1801 Lavaca Street, Unit 4K
Austin, TX 78701-1310

National Trust Tours
PO Box 418530
Boston, MA 02241-8530

Navitrans
4336, Boul, St. Martin West
Laval QC H2T 1C3
Canada

Navitrans Shipping Agency, Inc.
c/o Torben Welch, Esq.
Messner Reeves LLP
1430 Wynkoop St., #300
Denver, CO 80202-6172

Nicholas Toledo
1810 48th Street
San Diego, CA 92102-1327

Nicola Jayne Boulton
13 Woodland Drive
Southwell
Nottingham, NG25 0DA
England

(c)OFFICE OF THE ATTORNEY GENERAL
STATE OF COLORADO
1525 N SHERMAN ST STE 700
DENVER CO 80203-1700

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1225 Seventeenth Street, Suite 700
Denver, CO 80202-5598

Pamla Van Huysen
11200 E. Stallio Drive
Parker, CO 80138-8428

Patricia Moss
1530 N Dearborn Pkwy #8S
Chicago, IL 60610-1438

Paul Arnold Guerin
113
Mill Valley, CA 94941

Paul Boskind
126 E Main Plaza
San Antonio, TX 78205-2745

Paul Menchen
3105 Hidden Haven
San Antonio, TX 78261-2007

Paul and Diane Guidone
63 Ridge Road
Rumson, NJ 07760-1834

Performing Right Society
2 Pancras Square
London, N1C 4AG
England

Peter Lewiss
26 Windward Drive
Westerly, RI 02891-4101

Phillgrey Inc da Seaway Valley Ambulance
PO Box 943
Watertown, NY 13601-0943

Phillip Quattrone
315 NE 16th Terrace
Fort Lauderdale, FL 33301-3822

Piotr Kloda
6930 Foresthaven Loop
Dublin, OH 43016-6301

Ports America
One Black Falcon Ave
Boston, MA 02210-2470

Ports America Inc
Attn: AR Dept.
55 North Arizona Place
Suite 400
Chandler, AZ 85225-5801

Proship
42 Read's Way
New Castle, DE 19720-1649

ROBERT PATTON
8 Longacre Dr
Livingston, NJ 07039-2225

Raymond Brown
404 Washington Ave N #502
Minneapolis, MN 55401-2905

Rebecca Tran
9703 Shadow Oak Dr.
Montgomery Village, MD 20886-1123

Reginald Bird
P.O. Box 252
Eastport, MI 49627-0252

Reynolds E. Hahn & Sandra S. Hahn
23 Watchet Lane
Fairport, NY 14450-4125

Richard Anderson
31 Hackberry Lane
Houston, TX 77027-5603

Richard Gibson
32620 Hwy 43 Suite C3
Thomasville, AL 36784-1655

Richard Palmer
3873 Martin Rd
Huntingdon Valley, PA 19006-2338

Richard West
7683 SE 27th St., #246
Mercer Island, WA 98040-2804

Richard Williams
7303 Avenue R
Galveston, TX 77551-1108

Rivages du Monde
12, boulevard bonne nouvelle
75010 Paris
France

Rivages du Monde
12 Boulevard De Bonne
Nouvelle 75010 Paris
France

Road Scholar
11 Avenue de Lafayette
Boston, MA 02111-1746

Robert Farran
511 N Los Nietos
Palm Springs, CA 92262-6028

Robert M Fockler
84 E Chickasaw Pkwy
Memphis, TN 38111-2504

Robert T. Smith
3182 Darby Road
Keswick, VA 22947-2730

Paul W. Rodney
370 17th St., Ste. 4400
Denverf, CO 80202-5608

Roger Bradt
3528 Mission Beach Rd
Tulalip, WA 98271-9741

Roger Goldmann
2600 South Road, Suite 44-255
Poughkeepsie, NY 12601-7003

Ronald Nelson
140 Nassau St #9B
New York, NY 10038-1548

Rosella Beale
31 Hackberry Lane
Houston, TX 77027-5603

James Ross
Freehill Hogan & Mahar LLP
80 Pine St.
New York, NY 10005-1759

Ross Morgan
312-55 Songhees Rd
Victoria BC V9A 6T3
Canada

Roxzana Moore
9008 Yazoo Street
Bay Saint Louis, MS 39520-8558

Russell Gamble
1357 Riverside Drive South
Palm Springs, CA 92264-8157

Russell Lewis
707 West Junior Terrace
Chicago, IL 60613-1290

Ryder Engraving, Inc.
1029 Hazleton Enta Rd SW
Pataskala, OH 43062-8528

STEPHEN VLAY
PO BOX 848
East Setauket, NY 11733-0658

SUZANNE BROWN
2800 N Lake Shore Drive
APT 1002
Chicago, IL 60657-6267

Sandra Whittaker
915 E Thunderbird Ct
Eagle, ID 83616-4188

Scenic Tours PTY Ltd
CAN 002 715 602
11 Brown Street
Newcastle, 2300 NSW
Australia

Scott Hebl
720 4th Street N #706
Minneapolis, MN 55401-1950

Securities and Exchange Commission
Midwest Regional Office
175 W. Jackson Blvd.
Ste. 900
Chicago IL 60604-2815

Security & Exchange Commission
Central Regional Office
1801 California St.
Ste. 1500
Denver CO 80202-2656

Seth Bracken
468 Foxboro Drive
North Salt Lake, UT 84054-6012

Sevim Steigleder
14563 Berkley Street
Santa Monica, CA 90404

Shawn Kilner
3155 Barterbrook Rd
Staunton, VA 24401-6828

Sherrill Amador
1325 Pacific Highway #501
San Diego, CA 92101-2581

Wayne A. Silver
333 W. El Camino Real
Suite 310
Sunnyvale, CA 94087-1970

John C. Smiley
600 17th St.
Ste. 1800-S
Denver, CO 80202-5441

Smithsonian Institution
MRC 012 P.O. Box 37012
Washington, DC  20013-7012

Sonia Silverstein
6595 Churchill Drive
Huntington Beach, CA 92648-1513

Spero Krevatas
1478 Riverplace Blvd Unit 2008
Jacksonville, FL 32207-1848

St. Lawrence Radiology Assoicates, PC
PO Box 6120
1116 Arsenal Street, #504
Watertown, NY 13601-2269

State of Colorado
Division of Securities
1560 Broadway, Suite 900
Denver, CO 80202-5150

Stephen St Cyr
700 Washington Street #1009
Denver, CO 80203-3760

Steven Solomon
181 Williford Street
Memphis, TN 38112-3223

Susan Benezra
44385 Blueridge Meadows Drive
Ashburn, VA 20147-2909

Susan Leonard
4356 Adams Ave
San Diego, CA 92116-2521

Susan Miracle
39 La Cresenda
Vallejo, CA 94590-3427

Susan Ott
5002 N Camino Real
Tucson, AZ 85718-5926

Sylvia Stoltzfus
8565 Berringer Point Drive
Gainesville, GA 30506-4837

The Forward Motion Group
3333 Republic Avenue
Minneapolis, MN 55426-4108

Theodora Lenihan
4797 NE Going Street
Portland, OR 97218-2001

Theodore Budlong
417 S Hill Street Apt 753
Los Angeles, CA 90013-2372

Thomas McNally Jr.
36 Patriot Rd
PO Box 161
Windham, CT 06280-0161

Tim Runyan
101 Wesley Rd
Greenville, NC 27858-6532

Edward P. Timmins
450 E. 17th Ave.
Ste. 210
Denver, CO 80203-1254

Timothy Hagley
141 Waverly Place
Duluth, MN 55803-2422

Timothy Root
PO Box 1838
Guerneville, CA 95446-1838

Tina Silverstein
6595 Churchill Drive
Huntington Beach, CA 92648-1513

Tom Daellenbach
4527 E Vista Street
Long Beach, CA 90803-1650

Tony Shelton
2908 Quenby
Houston, TX 77005-2334

Traude Wilson
436 Conway Gardens Lane
Creve Coeur, MO 63141-8626

Travelzoo
Dept CH 19569
Palatine, IL 60055-9569

US Trustee
Byron G. Rogers Federal Building
1961 Stout St.
Ste. 12-200
Denver, CO 80294-6004

USA River Cruises
10013 NE Hazel Dell Ave
Vancouver, WA 98685-5203

United Caribbean Lines, LLC
Bruce Nierenberg
1369 Lexington Avenue
Davenport, FL 33837-1703
BNierenberg@aol.com

Vantage Travel Service
90 Canal Street
Boston, MA 02114-2031

Vantage Travel Services, Inc.
c/o Markus Williams Young Zimmermann
1700 Lincoln Street, Suite 4550
Denver, CO 80203-4509

Victor Van Liemt
Carrer d’Enmig 42
Ibiza NA 07800
Spain

WILLIAM DEWEESE
4033 Priory Circle
TAMPA, FL 33618-2711

Wayne A Brown
5272 Thorn Tree Ln
Irvine, CA 92612-2346

Torben Welch
1430 Wynkoop St.
Ste. 400
Denver, CO 80202-6172

Wendy Siggins
1 Claymore Court
Greer, SC 29650-2835

West Portland Harborview
157 High Street
Attn Accounts Payable
Portland, ME 04101-4563

William B. Cogar
1520 Enyart Way #202
Annapolis, MD 21409-5958

William Croce
900-207 Island Drive
Rancho Mirage, CA 92270-3174

William Lewis
2430 Barcelona Dr
Fort Lauderdale, FL 33301-1557

William Rosenberg
400 Seasage Dr #304
Delray Beach, FL 33483-6754

William W. O’Bryne
1158 Broadmoor Dr.
Napa, CA 94558-4142

World Air-Sea Services Co
4F Hibiya-Marine bldg 1-5-1
Yurakucho Chiyoda-Ku - Tokyo, 100-0006
Japan

John F. Young
1700 Lincoln St.
Ste. 4550
Denver, CO 80203-4509

eGroup Communications, Inc.
11830 SW 89th Ave
Miami, FL 33176-4312

travAlliancemedia
593 Rancocas Road
Westampton, NJ 08060-5628

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Office of the Attorney General
State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Centennial Bank

(d)Centennial Bank
116 Lincoln Avenue
Breckenridge, CO 80424

(u)Clipper Cruises Ltd.

(u)General Tours, Inc. dba Alexander + Robert

(u)Navitrans Shipping Agencies (East) Inc.

(d)Richard West
7683 SE 27th St.,, #246
Mercer Island, WA 98040-2804

(d)Road Scholar
11 Avenue de Lafayette
Boston, MA 02111-1746

(u)Vantage Travel Service, Inc.

End of Label Matrix
Mailable recipients 328
Bypassed recipients 8
Total 336