# EXHIBIT B

# PAUL ABRAMOWITZ

16659 Ashley Oaks
Encino, CA 91436

Phone: 310-613-1313
Email: paulabramowitz@gmail.com

## EXECUTIVE PROFILE

**Business strategist with over 30 years expereiene as CEO and CRO.** Proven performance devising profitability analyses, formulating strategic plans and identifying opportunities to drive sales, revenue and margin. Extensive experience in litigation management, bankruptcy, and asset recovery.

## EDUCATION AND PROFESSIONAL AFFILIATION

| | |
|---|---|
| University of Southern California | Masters of Business Administration |
| Ohio State University | BS, Business Administration, Finance |
| Former Certified Public Accountant | |

## QUALIFICATION HIGHLIGHTS

- Executive Management
- Strategic Business Planning
- Leadership
- Financial Recovery
- Profitability Analysis
- Crisis Management
- Strategic Marketing
- Corporate Culture Improvement
- Improved Employee Engagement
- Client Relations
- Relationship Building

## PROFESSIONAL EXPERIENCE

**LIQUIDITY CAPITAL GROUP LLC, ENCINO, CA** — **2008 TO PRESENT**
**President & Chief Executive Officer**

Private investment fund established to purchase debt and other financial interests from Chapter 7 Trustees and other distressed situations.

**NEAH POWER SYSTEMS, INC., Bothell, WA** — **2006 to 2008**
**President & Chief Executive Officer**

**Financially revived this corporation.** Revived company after shutdown and engineered a reverse merger to provide $2.5 MM in private placement funding in first 90 days. Raised additional $10 MM through secondary offering and "Pipes". Interfaced with Congressional leaders regarding government appropriations and collaborated with lobbyists to secure $2.7 MM for fuel cell technology R&D. Neah Power is a micro fuel cell development company exploiting the use of porous silicon to provide higher power density.

- Recruited new management team and restructured Board of Directors. Installed key leaders from within and leveraged professional contacts for the remainder of the Board.

- Oriented the company to a singular strategic goal regarding development of the core product, and drove a corporate culture change to infuse the business environment with a sense of urgency.
- Forged a strategic partnership with General Dynamics' The Edge Future Warrior program, the leading integrated technologies provider to the US DOD.

**EXPERIENCE LEARNING COMMUNITIES, Seattle, WA** **2003 to 2004**
**Chief Executive Officer**

**Selected and retained by Paul Allan and Vulcan, Inc.** to develop and implement strategy to reduce operating losses associated with the Experience Music Project and the Science Fiction Museum & Hall of Fame. Brought financial and marketing expertise from the for-profit sector to drive a turnaround of this non-profit. Defined the primary objectives as to install internal controls and processes to drive a corporate culture change and to create enhance community involvement in the museum.

- Slashed expenses 40% by implementing a sharp, new focus on budgetary discipline, departmental accountability, and organizational responsibility.
- Realigned the management team to substantially reduce payroll.
- Eliminated unprofitable, non-visitor-enhancing experiences such as the catering operation, with $1 MM in operational expenses but only $500K in annual revenue.
- Devised a comprehensive business plan with key components addressing strategic marketing, community relations, fundraising and development.
- Launched the 1st marketing campaign in the museum's history in partnership with the Space Needle, Seattle's top tourist attraction.
- Drove a multi-faceted revenue building and fundraising initiative founded on building relationships with the community, strategic investors and visitors.
- Expanded the patron profile from rock-and-roll enthusiasts to other genres of popular modern music.
- Successfully negotiated with Disney to include a Disney music exhibit. This increased visitor attendance by age.
- Orchestrated a costume display in which to attract a new and broader demographic.
- Raised per-visitor revenue by attaching premiums to select museum experiences.

**SPECIAL INVESTMENTS, INC., Seattle, WA** **1991 to Present**
**Principal**

Fully directed the launch of this consulting agency, with special emphasis on providing operational and financial strategy for financially distressed companies nationally. Engagements have included:

- License on Line – Advisor; Retained by the Board of Directors to market this online distributor of software licenses. Company was successfully sold to Synnex Corporation

- National Energy Production Company (NEPCO) – Advisor; Retained as Advisor by the management of this 2 billion dollar full service engineering and construction company to address the challenges created by Enron's collapse. Prior to Enron filing Chapter 11, Enron "swept" over $440 MM of customer deposits from Nepco (a wholly owned subsidiary of Enron) creating issues of survivability for both Nepco and its customers. Operations were acquired by SNC Lavalin.

- Etera Corporation – Interim Chief Executive Officer; Retained by the Board of Directors as Interim CEO to operate and manage this multi-million-dollar horticulture/internet Corporation through the Chapter 11 process. Successfully reduced operating costs and negotiated and sold the two operating entities.

- Intellysis Group Inc. – Crisis Manager; Retained as the Crisis Manager in this $175 MM video technology company while operating under Chapter 11 of the Bankruptcy Code. Worked with existing management to oversee the operations of the company during the sale process. Led negotiations with MCSi (purchaser), and Fleet Capital (lender) and the Creditors Committee and legal counsel. Assets were successfully sold to MCSi in a Bankruptcy, Section 363 sale.

- Image laboratories – Advisor to President; Advisor to the President of this $30 MM hair care company on a variety of strategic and operational issues while operating under Chapter 11 of the Bankruptcy Code. Created and implemented operational blueprints for cost reduction. Created and implemented vendor management, purchasing and quality control programs. Interfaced and negotiated with the secured lender and creditors committee. Prepared confidential offering memorandum and negotiated with potential acquirers. Company was successfully sold to an investment fund.
-

**NATIONAL CLAIMS MANAGEMENT CORP., Encino, CA** **1995 to 1998**
**<u>Principal</u>**

Established this firm to penetrate the multi-million dollar class action settlement script market.

- Executed a direct marketing campaign through US Trust Corp. to purchase settlement coupons from corporations, refinance and resell them to a leasing company for lucrative profits.

- As a direct result of this business, the terms of class action settlements were changed to eliminate this opportunity.

**DAK Industries, Los Angeles, CA** **1991 to 1995**
**<u>Chief Restructuring Officer</u>**

Raised gross margins for this $250 MM direct marketing association in Chapter 11.

- Implemented a purchasing and warranty strategy which raised margins 23%.

- Enhanced the core competencies of the marketing staff, and overhauled the marketing plan to reduce backorders and improve customer satisfaction.

- Implemented a tax and litigation strategy to achieve a multimillion dollar recovery.

**WESTERN COSTUME CO., Los Angeles** **1988 to 1991**
**President & Chief Executive Officer**

**Elevated this business to the #1 theatrical costume company globally thereby substantially increasing to a positive operating cash flow** and positioned it to hold long-term industry dominance. Acquired the company and reversed significant operating losses by adding modern uniforms and costuming supplies, divesting unprofitable sectors and restructuring the operations and management teams.

**INFA INC., Las Vegas, NV** **1983 to 1985**
**President & Chief Executive Officer**

**Increased sales from $1MM to $30MM for this consumer products company,** by developing the core product and then wholly restructuring operations, marketing, and distribution. Launched the "PUR" silicone nipple which ultimately displacing the latex nipple market dominated by Gerber and Evenflo. This product launch proved essential in retaining the company's largest existing customer. Strategically marketed the product as one of a family of products, compelling the distribution channels to carry the full line