**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>HAIMARK LINE, LTD.<br>EIN: 46-5744608,<br><br>Debtor. | Case No. 15-22180-JGR<br><br>Chapter 11 |

**AFFIDAVIT OF PAUL ABRAMOWITZ IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF PAUL ABRAMOWITZ AS CHIEF LIQUIDATION OFFICER**

STATE OF CALIFORNIA )
) ss:
COUNTY OF LOS ANGELES )

Paul Abramowitz, being duly sworn, hereby deposes and says:

1. This Affidavit is submitted in support of the Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of Paul Abramowitz as Chief Liquidation Officer (the "**<u>Motion</u>**").

2. Unless otherwise indicated herein, I have personal knowledge of all facts stated in this Affidavit.

3. I am the President and Chief Executive Officer of Liquidity Capital Group LLC, a California-based investment firm specializing in distressed investments. I have approximately 30 years of experience working as a turnaround professional, as set forth in my résumé, a copy of which is attached to the Motion.

4. Except as disclosed herein, I have no connection with the Debtor, any creditor, or any other party in interest in this case, or its respective attorneys or accountants, or the United States Trustee or any person employed in the Office of the United States Trustee, nor do I represent any interest adverse to the estate. The only potentially pertinent connection I have identified is that I am the father-in-law of Adam Levin, a Managing Director at VC2 Capital Corp. ("**<u>VC2</u>**") and the current Chief Executive Officer of the Debtor. VC2 is the ultimate owner of the Debtor's equity. To my knowledge, VC2 has not entered an appearance in this chapter 11 case and has no claim against the Debtor. I do not believe that my relationship to Mr. Levin creates a conflict or will in any way affect my ability to serve impartially as Chief Liquidation Officer.

5. To the best of my ability in the circumstances, I have conducted an examination, of actual and potential creditors and parties in interest to determine if I have represented, advised, or otherwise worked for any of them in connection with this case or on other matters. I

have not discovered any actual or potential creditors or parties in interest that I have performed work for in this or other cases. I will continue to review potential conflicts during the pendency of this case, and if and to the extent additional connections are discovered, I will submit a supplemental Affidavit.

6. The foregoing is true and correct to the best of my knowledge, information, and belief.

Paul Abramowitz

Sworn to and subscribed before me, a notary public for the State of California, County of Los Angeles, this 6th day of June, 2016. By Paul Abramowitz.

Notary Public

MEHRAN KHORRAMIAN
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMMISSION # 2132465
MY COMM. EXPIRES NOV. 9, 2019

My Commission Expires: 11/09/2019



018956\0001\14756655.1