**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>HAIMARK LINE, LTD.,<br>EIN: 46-5744608,<br><br>Debtor. | Case No. 15-22180-JGR<br><br>Chapter 11 |

**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE EMPLOYMENT OF PAUL ABRAMOWITZ AS CHIEF LIQUIDATION OFFICER**

THIS MATTER having come before the Court on the Debtor's Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Employment of Paul Abramowitz as Chief Liquidation Officer (the "**Motion**"), and the Court having considered the Motion, finding cause for granting the requested relief, and finding that no prejudice will exist in granting the Motion, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety;

2. The Debtor is authorized to employ and compensate Paul Abramowitz pursuant to the terms of the CLO Agreement (as defined in the Motion), effective as of May 1, 2016;

3. The CLO Agreement is approved;

4. On or before the 14th day after the end of each calendar quarter, beginning with the quarter ended June 30, 2016, Mr. Abramowitz shall file with the Court and serve on the United States Trustee and all creditors and other interested parties a statement setting forth the total compensation paid and costs reimbursed for the applicable quarter, together with a summary of the services provided (the "**Compensation Statement**");

5. Parties in interest shall have 14 days from the filing of each Compensation Statement. In the event that no objections are filed, the compensation and costs set forth in the Compensation Statement shall be deemed fully and finally approved without further order of the Court. In the event that an objection is filed, the Debtor shall request a hearing and such compensation shall be subject to review by the Court; and

6. The 14-day stay of effectiveness imposed by Bankruptcy Rule 6004(h) is hereby waived and this Order shall take effect as of the date hereof.

Dated: ________________

BY THE COURT:

________________________________
Honorable Joseph G. Rosania, Jr.
United States Bankruptcy Judge